IN RE WILL OF BRINSON

No. 225P85.

Case below: 74 N.C. App. 206.

Petition by propounder for writ of supersedeas and temporary stay denied 2 May 1985.

INGLE v. ALLEN

No. 685P84.

Case below: 71 N.C. App. 20.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 2 April 1985.

JAMES v. CHAMPION INDUSTRIES

No. 42P85.

Case below: 72 N.C. App. 223.

Petition by defendants for discretionary review under G.S. 7A-31 denied 2 April 1985.

JOHNSTON v. GASTON COUNTY

No. 45P85.

Case below: 71 N.C. App. 707.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 2 April 1985.

LOEB v. LOEB

No. 107P85.

Case below: 72 N.C. App. 205.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 2 April 1985.